UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

              -against-

Enrico McDonald      Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    ( ) ( )

Defendant __Enrico McDonald_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

__X__    Initial Appearance Before a Judicial Officer

____    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____    Bail/Detention Hearing

____    Conference Before a Judicial Officer

_____Tamara Giwa for Enrico McDonald_____      _____
Defendant's Signature                                            Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Enrico McDonald_____      __Tamara Giwa_____
Print Defendant's Name                                    Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_____
Date

_____
JAMES L. COTT
United States Magistrate Judge